JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM NAVARRO, | Case No. CV 20-2770-JAK (SP) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT WILKIE, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that the complaint and this action are dismissed without prejudice.

Dated: April 20, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE